672

174 So. 904

**Felix PARKHILL v. STATE.**

8 Div. 462.

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Affirmed.

171 So. 925

**R. E. PARKMAN v. STATE.**

6 Div. 994.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Affirmed.

169 So. 911

**Kenard PARKS v. STATE.**

8 Div. 332.

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 918

**Theo (alias Pie) PARKS v. STATE.**

8 Div. 405.

Court of Appeals of Alabama.
Oct. 27, 1936.

Raymond Murphy, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

174 So. 904

**Terah, alias T. J., PARRISH v. STATE.**

5 Div. 23.

Court of Appeals of Alabama.
April 20, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 922

**Matthews PAYNE v. BIRMINGHAM NEWS CO.**

6 Div. 781.

Court of Appeals of Alabama.
Nov. 5, 1935.

See, also, 230 Ala. 524, 162 So. 116.

J. L. Drennen and John W. Altman, both of Birmingham, for appellant.

Lange, Simpson & Brantley, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

171 So. 925

**R. B. PEARMAN v. CITY OF BIRMINGHAM.**

6 Div. 969.

Court of Appeals of Alabama.
Jan. 12, 1937.

SAMFORD, Judge.
Affirmed.